UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ANTHONY R. DYAMOND, SR.,**        CASE NO.   3:13-cv-117

   Plaintiff,                                    Judge Timothy S. Black

**-vs-**

**COMMISSIONER OF
SOCIAL SECURITY,**

   Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**; and this case is **CLOSED** on the docket of this Court.

Date: January 27, 2014                                    **JOHN P. HEHMAN, CLERK**

                                                                                     By: *s/ M. Rogers*
                                                                                     Deputy Clerk